the defendants Bossert. Jenks, P. J., Mills, Rich and Putnam, JJ., concurred. Judgment of the County Court of Queens county reversed, and judgment directed to be entered that the bank have a lien for the sum of $4,812.80 as against the plaintiff, and $5,092.80 as against the defendants Bossert, with costs of this appeal and of the action against the defendants Bossert.

KINGS COUNTY LIGHTING COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— On reconsideration, order heretofore entered in this case vacated, and motion for leave to appeal to Court of Appeals granted, and questions certified. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ. Order to be settled before Mr. Justice Putnam.

SAMUEL H. LUMMIS, as Trustee, etc., Appellant, v. J. SPENCER CROSBY, Respondent, and Others, Defendants.— Motions denied. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

FRANK D. MILLER and Others, Respondents, v. AUGUST B. RUSSE and Others, Appellants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

MAY NICHOLS BROOKS, as Executrix, etc., of EDWARD F. BROOKS, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— In view of the indefinite evidence as to the deceased's professional earnings, and of plaintiff's loss of support from his death, the verdict of $25,000 is too large. The judgment and order are, therefore, reversed and a new trial granted, costs to abide the event, unless within twenty days from entry of the order herein plaintiff stipulate to reduce the recovery to $15,000 and interest; in which event the judgment as thus modified, with the costs in the court below, and the order are unanimously affirmed, without costs of this appeal. Jenks, P. J., Thomas, Mills and Putnam, JJ., concurred.

THE CITY OF NEW YORK, Respondent, v. THE WOODHAVEN GAS LIGHT COMPANY, Appellant. (Action No. 1.) — Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

THE CITY OF NEW YORK, Respondent, v. THE WOODHAVEN GAS LIGHT COMPANY, Appellant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

FIRST NATIONAL BANK OF BATH, Appellant, v. HELEN R. STURGIS, Respondent, and Another, Defendant.— Judgment modified by striking out the provision for extra allowance, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.

ARTHUR G. HILL, Respondent, v. HICKSON, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted so far as to limit the examination " to the terms and provisions of the alleged agreement of employment referred to in the complaint," upon authority of Segschneider v. Waring Hat Mfg. Co. (134 App. Div. 217). Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.